# In the
# United States Bankruptcy Court
### For the Northern District of Illinois

| | |
|---|---|
| IN RE:<br><br>**DANIEL CONTRERAS**,<br><br>DEBTOR. | EASTERN DIVISION<br>HON. DONALD R. CASSLING<br><br>CASE NO. 19-11799<br>CHAPTER 13 |

## CITY OF CHICAGO'S APPLICATION TO SET EMERGENCY MOTION

Pursuant to Local Rule 9013-2, the City of Chicago makes this application to set a hearing on its "Emergency Motion to Condition Use of Property to Provide Adequate Protection" attached as **Exhibit A**. As provided in detail in the motion, the Debtor seeks turnover of a vehicle which the City has in its auto pound. The City is processing that release, which takes about a day. Given the drastic effects that release will have on the City, the City requests that use of that vehicle and turnover be conditioned on adequate protection as requested in the motion.

The City's emergency motion follows established requirements. The City requests that the motion be heard on an emergency basis because

the City will be irreparably harmed if it releases the vehicle to the Debtor, because the Debtor does not have insurance on the vehicle to protect the City's possessory lien interest. Thus, the instant the Debtor obtains possession of the vehicle he could run it into a tree and the City's interest would be completely lost. Therefore, the rights of the parties need to be resolved on an emergency basis. The City also did not cause this emergency.

The City, therefore, requests that this Court set a hearing on the Motion to be heard at its earliest convenience.

DATED: JUNE 24, 2019                              RESPECTFULLY SUBMITTED,

                                                  THE CITY OF CHICAGO

                                                  Mark Flessner
                                                  Corporation Counsel

                                                  By: /s/ David Paul Holtkamp
                                                  Senior Counsel

David Paul Holtkamp (6298815)
Senior Assistant Corporation Counsel
Charles A. King (6216362)
Assistant Corporation Counsel
**CITY OF CHICAGO, DEPARTMENT OF LAW**
Chicago City Hall
121 N LaSalle St., Ste. 400
Chicago, IL 60602
Tel:    (312) 744-6967
Email:  David.Holtkamp2@cityofchicago.org
        Chuck.King@cityofchicago.org