UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Daniel Contreras <br><br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 19-11799 <br><br> Chapter: 13 <br> Honorable Donald R. Cassling |

**Order Granting City of Chicago's Motion to Condition Use and for Adequate Protection**

This matter coming before the Court on the City of Chicago's Emergency Motion to Condition Use and for Adequate Protection (the "Motion"), the Court being duly advised in the premises, IT IS HEREBY ORDERED:

1. The Motion is granted as provided herein;

2. The City of Chicago is entitled to adequate protection of its interest in the Debtor's vehicle. The Debtor's use and possession of the vehicle impounded by the City is conditioned upon providing the City with proof of insurance naming it as loss payee.

3. The City shall have a lien on the vehicle.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 25, 2019

**Prepared by:**

DAVID PAUL HOLTKAMP
Assistant Corporation Counsel Supervisor
City of Chicago, Department of Law
Bankruptcy Unit
121 N. LaSalle St., Ste. 400
Chicago, Illinois 60602
p. 312.744.6967
e. David.Holtkamp2@cityofchicago.org